# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

MANUFACTURERS COMPONENTS, INC.,
a Florida Corporation,

    Plaintiff,

v.

KEURIG, INC., a Delaware corporation

    Defendant.

_____/

## COMPLAINT

  Plaintiff, Manufacturers Components, Inc., by and through undersigned counsel, files this Complaint against Defendant, Keurig, Inc., and states:

  1. This is an action brought pursuant to the Patent Laws of the United States, 35 U.S.C. §§ 271, *et. seq.*

  2. This Court has original jurisdiction pursuant to Title 28, United States Code, Section 1331, as this case involves a federal question arising under the Constitution, laws or treaties of the United States.

  3. Plaintiff, Manufacturers Components, Inc. ("MCI"), is a Florida corporation with a principle address in Pompano Beach, Florida.

  4. Defendant, Keurig, Inc. ("Keurig"), is a Delaware corporation with a principle address in Reading, Massachusetts.

  5. Venue is proper in the Southern District of Florida pursuant to Title 28, United States Code, Section 1391(b) and (c) as Defendant "resides" in this judicial district, as the term "reside" is interpreted under Chapter 87, United States Code, and because a substantial part of

the events giving rise to the infringement claims at issue occurred within this judicial district. Venue is also appropriate pursuant to Title 28, United States Code, Section 1400(b), which provides, in part, that "[a]ny civil action for patent infringement may be brought in the judicial district where the defendant resides".

6.      All conditions precedent have been met, waived, or satisfied.

<u>**General Allegations**</u>

7.      The United States Patent and Trademark Office ("USPTO") issued two patents for reusable coffee filter baskets to Daniel J. Chiodo ("Chiodo"): Patent No. 5,252,204 ("the '204 Patent") and Patent No. 5,266,194 ("the '194 Patent") (collectively the "Patents"). The '204 Patent issued on October 12, 1993, and the '194 Patent issued on November 30, 1993.

8.      Chiodo thereafter transferred via assignment all right, title, and interest in the Patents to MCI, of which Chiodo is the Chief Executive Officer. Proof of the Assignments is attached as Exhibit "A."

9.      In or around 1992, Chiodo began manufacturing, distributing, offering to sell, and selling in the United States the reusable coffee filter baskets (the "Product"). Chiodo marked the Product's packaging with the '204 and '194 patent numbers. A picture of the Product is attached as Exhibit "B."

10.     Thereafter, Chiodo discovered that Keurig had begun to manufacture, distribute, offer to sell, and sell in the United States a reusable coffee filter basket, which infringed upon one or more claims of the Patents. A screenshot of Keurig's reusable coffee filter basket, as sold on Amazon.com, is attached as Exhibit "C."

11.     In February 2012, Keurig purchased three reusable coffee filter baskets from an entity formed by Chiodo called Gold Tone Products, Inc. ("Gold Tone"). A copy of the invoices

from Gold Tone to Keurig is attached as Exhibit "D."

12.     In early January 2013, Keurig purchased one reusable coffee filter basket from Gold Tone. A copy of the invoice from Gold Tone to Keurig is attached as Exhibit "E."

13.     MCI has retained the undersigned counsel to represent its interests in this matter and is obligated to pay all reasonable attorney's fees and costs incurred in the pursuit of the claims set forth herein.

## COUNT I – WILLFUL PATENT INFRINGEMENT

14.     Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

15.     This is an action for patent infringement pursuant to Title 35, United States Code, Section 271, of the United States Patent Act.

16.     As set forth more fully above, Keurig has infringed the claims of the Patents either literally or pursuant to the doctrine of equivalents, by making, importing, distributing, offering to sell, and/or selling the accused reusable coffee filter baskets.

17.     Upon information and belief, Keurig has also infringed the Patents by inducing third-party infringement pursuant to 35 U.S.C. §271(b), and/or contributing to third-party infringement pursuant to 35 U.S.C. §271(c).

18.     All such infringing conduct of Keurig occurred and was committed in a willful, knowing, and bad faith manner, as (1) the Product's packaging was marked with the requisite patent numbers, (2) Keurig thus knew of the existence of the Patents, (3) Keurig decided nonetheless to proceed with its infringing conduct despite the objectively high likelihood that its actions constituted infringement of MCI's valid patents, and (4) Keurig either knew of this risk, or if it did not, the risk was so obvious that it should have known of it and avoided its infringing behavior.

WHEREFORE, MCI respectfully demands judgment against Keurig for the full amount of damages sustained, including, but not limited to, any and all remedies available pursuant to the Patent Laws of the United States, 35 U.S.C. §§ 271, *et. seq.*, which include, but are not limited to, a reasonable royalty award or MCI's lost profits, costs, pre and post judgment interest at the maximum allowable rate, enhanced damages, attorney's fees, and such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

MCI hereby demands a trial by jury of all issues so triable as a matter of law.

Dated this _____ day of April, 2015.

Respectfully Submitted,

**TRIPP SCOTT, P.A.**
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Tel: 954.525.7500
Fax: 954.761.8475
*Counsel for Plaintiff*

By: /s/ Peter G. Herman
Peter G. Herman, Esq.
Fla. Bar. No. 353991
pgh@trippscott.com
Adam S. Goldman, Esq.
Fla. Bar No. 86761
asg@trippscott.com

3/13/2015          Assignment Search: patAssignorName:(chiodo) AND patAssigneeName:(MANUFACTURERS AND COMPONENTS)



# Assignment Details
# 6466-644: ASSIGNMENT OF ASSIGNORS INTEREST.

Date Recorded                Reel/Frame                Pages
Mar 25, 1993                 6466-644                  3

## Assignor

**CHIODO, DANIEL J.** Dec 11, 1992

## Assignee

**MANUFACTURERS COMPONENTS, INC.**
2260 W. 77TH ST.
HIALEAH, FLORIDA UNITED STATES OF AMERICA 33016

## Correspondent

**JOHN H. OLTMAN**
915 MIDDLE RIVER DRIVE, STE. 415
FT. LAUDERDALE, FL 33304

## Properties (1 total)



EXHIBIT
4

Assignment Search: patAssignorName:(chiodo) AND patAssigneeName:(MANUFACTURERS AND COMPONENTS)

| Title | Application | Publication | Patent | International Registration Number | PCT |
|---|---|---|---|---|---|
| **UNIMOLD FILTER** Inventors: DANIEL J. CHIODO | **08002636** Jan 11, 1993 | | **5266194** Nov 30, 1993 | | |



# Assignment Details
# 6269-927: ASSIGNMENT OF ASSIGNORS INTEREST.

| Date Recorded | Reel/Frame | Pages |
|---|---|---|
| Sep 14, 1992 | 6269-927 | 4 |

## Assignor

**CHIODO, DANIEL J.** Jul 17, 1992

## Assignee

**MANUFACTURERS COMPONENTS, INCORPORATED**
2216 N.W. 77TH ST. HIALEAH, FL 33016
HIALEAH,, FLORIDA UNITED STATES OF AMERICA

## Correspondent

**JOH H. OLTMAN**
OLTMAN & FLYNN
915 MIDDLE RIVER DRIVE, SUITE 415
FORT LAUDERDALE, FL 33304-3585

## Properties (1 total)

Assignment Search: patAssignorName:(chiodo) AND patAssigneeName:(MANUFACTURERS AND COMPONENTS)

| Title | Application | Publication | Patent | International Registration Number | PCT |
|---|---|---|---|---|---|
| **UNIMOLD FILTER** Inventors: DANIEL J. CHIODO | **07932985** Aug 20, 1992 | | **5252204** Oct 12, 1993 | | |



e Original GoldTone™ Reusable Coffee Filters
precision crafted products using surgical grade
stainless-steel woven mesh.

hese high quality products are manufactured
with fine American workmanship.

5 Year Limited Warranty*

See our complete line of GoldTone™ products
at www.goldtoneproducts.com



We Make Great Things Better

 Made in
the USA

Patent Numbers: 5,417,906; 5,266,194; 5,252,204.
©1992-2013 Distributed by Manufacturers Components, Inc. dba GoldTone Products.
All Rights Reserved.

  

amazon *Prime*

Shop by
Department ▾

Home & Kitchen · Kitchen & Dining · Small Appliance Parts & Accessories · Coffee & Espresso Machine Parts & Accessories · Coffee Filters · Reusable Filters

Search   Home & Kitchen ▾        mark's Amazon.com    Today's Deals   Gift Cards   Sell   Help                                      Go    Hello,
Your

Kitchen & Dining   Best Sellers   Small Appliances ▾   Kitchen Tools ▾   Cookware ▾   Bakeware ▾   Cutlery ▾   Dining & Entertaining ▾   Storage & Organization ▾   Wedding Registry

Roll over image to zoom in

  

Use Your
Own Gourmet
Coffee

**Keurig My K-Cup Reusable Coffee Filter**
by Keurig
★★★☆☆ ▾   4,243 customer reviews  |  582 answered questions

**#1 Best Seller** in Reusable Coffee Filters

List Price: ~~$19.95~~
Price: **$7.79** *Prime*
You Save: $12.16 (61%)

**In Stock.**
Sold by RealCoool and Fulfilled by Amazon. Gift-wrap available.

Want it tomorrow, **March 11**? Order within 4 hrs 40 mins and choose **One-Day Shipping** at checkout. Details

Color: Gray

Size: 1

| 1 | 2 | 4 |

• Rinse clean under running water after each use
• Does not fit Keurig 2.0, B130, B*130F, or B200/0-3, B130 Keurig Office and commercial model brewers
• Works in Keurig home brewers, such as K10, B40 Elite, B50 Ultra, and B60 Special Edition, K65, K45
• Allows users to use their own gourmet ground coffee in a Keurig brewer
• Reusable K-Cup coffee filter exclusive to the Keurig Home Brewing System; in Keurig Retail Packaging Box


EXHIBIT
tabbles

# GOLD TONE
## P R O D U C T S

1721 BLOUNT ROAD, #2
POMPANO BEACH, FL 33069
PHONE: (954) 975-8885
FAX: (954) 979-4997

Page:          1

## Invoice

| | |
|---|---|
| Invoice Number: | 0202466-IN |
| Invoice Date: | 2/24/2012 |

Order Number:
Order Date
Salesperson:   R08
Customer Number:   02-KEURIG

**Sold To:**
KEURIG, INC
KATE VANZELE
100 QUANNAPOWITT PKWY
Wakefield, MA  01880

**Ship To:**
KEURIG, INC
KATE VANZELE
100 QUANNAPOWITT PKWY
Wakefield, MA  01880

**Confirm To:**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 105961743445106 | USPS | | PAID IN ADVANCE |

| Item Code | Ext Description | Shipped | Unit | Price | Amount |
|---|---|---|---|---|---|
| FBK-LGH02 | Gold Tone Single Kup Reusable Filters W/Housing-2 Pack | 1.000 | EACH | 17.9900 | 17.99 |

| | |
|---|---|
| Net Invoice: | 17.99 |
| Less Discount: | 0.00 |
| Freight: | 4.62 |
| Sales Tax: | 0.00 |
| Invoice Total: | 22.61 |



EXHIBIT
D

**GOLD TONE**
**P R O D U C T S**

1721 BLOUNT ROAD, #2
POMPANO BEACH, FL 33069
PHONE: (954) 975-8885
FAX: (954) 979-4997

Page:   1

## Invoice

Invoice Number:   0202467-IN
Invoice Date:   2/24/2012

Order Number:
Order Date
Salesperson:   R08
Customer Number:   02-KEURIG

**Sold To:**
KEURIG, INC
KATE VANZELE
100 QUANNAPOWITT PKWY
Wakefield, MA  01880

**Ship To:**
KEURIG, INC
KATE VANZELE
100 QUANNAPOWITT PKWY
Wakefield, MA  01880

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 105149572804978 | USPS | | PAID IN ADVANCE |

| Item Code | Ext Description | Shipped | Unit | Price | Amount |
|---|---|---|---|---|---|
| FBK-LG02 | 2 GOLD TONE SINGLE KUP REUSABL | 1.000 | EACH | 12.9900 | 12.99 |

| | |
|---|---|
| Net Invoice: | 12.99 |
| Less Discount: | 0.00 |
| Freight: | 4.62 |
| Sales Tax: | 0.00 |
| Invoice Total: | 17.61 |



Page:      1

## Invoice

Invoice Number:  0203154-IN
Invoice Date:  1/8/2013

Order Number:  0002029
Order Date  1/3/2013
Salesperson:  R08
Customer Number:  02-KEURIG

**GOLD TONE**
**P R O D U C T S**
1721 BLOUNT ROAD, #2
POMPANO BEACH, FL 33069
PHONE: (954) 975-8885
FAX: (954) 979-4997

**Sold To:**
KEURIG, INC
KATE VANZELE
100 QUANNAPOWITT PKWY
Wakefield, MA  01880

**Ship To:**
KEURIG, INC
KATE VANZELE
100 QUANNAPOWITT PKWY
Wakefield, MA  01880

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 108735805216938 | USPS | POMPANO BEACH | PAID IN ADVANCE |

| Item Code | Ext Description | Shipped | Unit | Price | Amount |
|---|---|---|---|---|---|
| FBK-LGH01 | Gold Tone Single Kup Reusable Filter W/Housing | 1.000 | EACH | 12.9900 | 12.99 |

| | |
|---|---|
| Net Invoice: | 12.99 |
| Less Discount: | 0.00 |
| Freight: | 4.62 |
| Sales Tax: | 0.00 |
| Invoice Total: | 17.61 |

**EXHIBIT**

_E_